Per A. Ramfjord, OSB No. 934024
per.ramfjord@stoel.com
Jeremy D. Sacks, OSB No. 994262
jeremy.sacks@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:   503.220.2480

    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| SOUTH HURLBURT WIND, LLC, | Case No.: 2:18-cv-00541-SU |
| Plaintiff, | |
| v. | ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE |
| VCK LLC; VIC JANSEN; and NANCY ALLRED, | |
| Defendants. | |

    Pursuant to Fed. R. Civ. P. 41, Defendants and Plaintiff respectfully move the Court for an Order dismissing the above-captioned Action, and all claims therein, with prejudice and without costs, disbursements, or attorney fees to any party.

DATED: This 29th day of May, 2018.

| **STOEL RIVES LLP** | **CABLE HUSTON LLP** |

*s/ Jeremy D. Sacks*
Jeremy D. Sacks, OSB No. 994262
Attorneys for Plaintiff

*s/ Jon W. Monson*
Jon W. Monson, OSB No. 102650
Attorneys for Defendants VCK LLC and Vic Jansen

**STOLL BERNE**

*s/ Timothy S. DeJong,*
Timothy S. DeJong, OSB No. 940662
Attorneys for Defendant Nancy Allred

**ORDER**

Pursuant to Rule 41(a)(2) and the stipulated request of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the claims alleged by South Hurlburt Wind, LLC against VCK LLC, Vic Jansen, and Nancy Allred are hereby DISMISSED with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: May 29, 2018

/s/ Patricia Sullivan
HON. PATRICIA SULLIVAN
United States District Judge